UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SHAWN BERNARD ECHOLS,
a/k/a "Doe," "Brother-in-Law,"
LAMONT ROQUINTON THOMAS,
a/k/a "Jug," "Jughead,"
ANTHONY LYNN LLOYD,
a/k/a "Amp,"
ADRIAN LINN TRAVIER,
LAMAR EDWARD SANDERS, and
LARRY LEE SANDERS,

Defendants.
_________________________________/

No. 1:26-cr-00035

Hon. Jane M. Beckering
United States District Judge

**SUPERSEDING INDICTMENT**

The Grand Jury charges:

**COUNT 1**
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

From in or about August 2023 to November 2025, in Berrien County, Kalamazoo County, and Van Buren County, in the Western District of Michigan, Southern Division, and in Los Angeles County, in the Central District of California, and elsewhere, the defendants,

SHAWN BERNARD ECHOLS, a/k/a "Doe," "Brother-in-Law,"
LAMONT ROQUINTON THOMAS, a/k/a "Jug," "Jughead,"
ANTHONY LYNN LLOYD, a/k/a "Amp,"
ADRIAN LINN TRAVIER,
LARRY LEE SANDERS, and
LAMAR EDWARD SANDERS,

knowingly and intentionally agreed and conspired with each other and with other persons, both known and unknown to the grand jury, to distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance, N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and cocaine, a Schedule II controlled substance.

Mandatory Minimum Quantities

With respect to defendants SHAWN BERNARD ECHOLS, LAMONT ROQUINTON THOMAS, ADRIAN LINN TRAVIER, and LARRY LEE SANDERS, the grand jury alleges that the amount of controlled substance involved in the conspiracy attributable to the defendants as a result of their own conduct, and the conduct of other coconspirators reasonably foreseeable to them, is 50 grams or more of methamphetamine, a Schedule II controlled substance.

With respect to defendant ANTHONY LYNN LLOYD, the grand jury alleges that the amount of controlled substance involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of other coconspirators reasonably foreseeable to him, is 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

Prior Serious Drug Felonies

With respect to defendant SHAWN BERNARD ECHOLS, the grand jury alleges that, before the defendant committed the offense charged in this count, on or about August 18, 2008, the defendant was convicted in the United States District

Court for the Western District of Michigan of conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(ii), a serious drug felony, for which the defendant served more than 12 months in prison, and for which he was released from serving the term of imprisonment related to that offense within 15 years of the commencement of the offense charged in this count.

With respect to defendant LAMONT ROQUINTON THOMAS, the grand jury alleges that, before the defendant committed the offense charged in this count, on or about September 14, 2012, the defendant was convicted in the United States District Court for the Western District of Michigan of possession with intent to distribute 100 grams or more of heroin in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(i), a serious drug felony, for which the defendant served more than 12 months in prison, and for which he was released from serving the term of imprisonment related to that offense within 15 years of the commencement of the offense charged in this count.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(vi), (viii)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 802(58)

**COUNT 2**
(Distribution of Methamphetamine)

On or about November 26, 2024, in Kalamazoo County, in the Western District of Michigan, Southern Division, the defendant,

ADRIAN LINN TRAVIER,

knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

**COUNT 3**
(Distribution of Methamphetamine)

On or about December 5, 2024, in Kalamazoo County, in the Western District of Michigan, Southern Division, the defendant,

ADRIAN LINN TRAVIER,

knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)

**COUNT 4**
(Distribution of Methamphetamine)

On or about December 18, 2024, in Kalamazoo County, in the Western District of Michigan, Southern Division, the defendant,

ADRIAN LINN TRAVIER,

knowingly and intentionally distributed 50 grams or more of a methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)

**COUNT 5**

(Distribution of Methamphetamine)

On or about January 2, 2025, in Kalamazoo County, in the Western District of Michigan, Southern Division, the defendant,

ADRIAN LINN TRAVIER,

knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)

**COUNT 6**
(Distribution of Methamphetamine)

On or about January 23, 2025, in Kalamazoo County, in the Western District of Michigan, Southern Division, the defendant,

ADRIAN LINN TRAVIER,

knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)

**COUNT 7**

(Distribution of Methamphetamine)

On or about March 27, 2025, in Kalamazoo County, in the Western District of Michigan, Southern Division, the defendant,

ADRIAN LINN TRAVIER,

knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)

**COUNT 8**
(Attempted Possession with Intent to Distribute Methamphetamine)

On or about August 28 and August 29, 2025, in Berrien County, in the Western District of Michigan, Southern Division, the defendant,

LAMONT ROQUINTON THOMAS,
a/k/a "Jug," "Jughead,"

knowingly and intentionally attempted to possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

Before the defendant committed the offense charged in this count, on or about September 14, 2012 the defendant was convicted in the United States District Court for the Western District of Michigan of possession with intent to distribute 100 grams or more of heroin in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(i), a serious drug felony, for which the defendant served more than 12 months in prison, and for which he was released from serving the term of imprisonment related to that offense within 15 years of the commencement of the offense charged in this count.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 846
21 U.S.C. § 802(58)

**COUNT 9**
(Distribution of Methamphetamine)

On or about October 8, 2025, in Kalamazoo County, in the Western District of Michigan, Southern Division, the defendant,

ADRIAN LINN TRAVIER,

knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

**COUNT 10**

(Distribution of Methamphetamine)

On or about November 4, 2025, in Kalamazoo County, in the Western District of Michigan, Southern Division, the defendant,

ADRIAN LINN TRAVIER,

knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

**COUNT 11**

(Possession With Intent to Distribute Fentanyl)

On or about November 19, 2025, in Berrien County, in the Southern Division of the Western District of Michigan, the defendant,

ANTHONY LYNN LLOYD,

knowingly and intentionally possessed with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(vi)

**COUNT 12**
(Distribution of Methamphetamine)

From on or about July 8, 2025 to on or about July 9, 2025, in Van Buren County, in the Western District of Michigan, Southern Division, and Los Angeles County, in the Central District of California, the defendant,

LARRY LEE SANDERS,

knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)

**FORFEITURE ALLEGATION**
(Conspiracy to Distribute Controlled Substances, Distribution of Methamphetamine, and Attempted Possession with Intent to Distribute Methamphetamine)

The allegations contained in Counts 1 through 10 of the Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of any offense in violation of 21 U.S.C. § 846 or 21 U.S.C. § 841, set forth in Counts 1 through 10 of this Superseding Indictment, the defendants,

SHAWN BERNARD ECHOLS, a/k/a "Doe," "Brother-in-Law,"
LAMONT ROQUINTON THOMAS, a/k/a "Jug," "Jughead," and
ADRIAN LINN TRAVIER,

shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to:

1. $6,120 in U.S. currency seized on November 19, 2025 from a residence on Bishop Avenue in Benton Harbor, Michigan where SHAWN BERNARD ECHOLS resided;
2. $19,800 in U.S. currency seized on November 19, 2025 from a residence on Midway Drive in Berrien Springs, Michigan where LAMONT ROQUINTON THOMAS resided; and

3. $15,034 in U.S. currency seized on November 19, 2025 from a residence on Springfield Avenue in Kalamazoo, Michigan on November 19, 2025 where ADRIAN LINN TRAVIER resided.

21 U.S.C. § 853(a)(1), (2)
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

VITO S. SOLITRO
Assistant United States Attorney